UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO, JR, <br><br> Plaintiff, <br><br> -against- <br><br> WILLIE CEVALLOZ; JOEL CEVALLOZ, <br><br> Defendants. <br><br> ERNEST CALVINO, JR., <br><br> Plaintiff, <br><br> -against- <br><br> BILL MILLER; TOM RAY; AUDREA H., <br><br> Defendants. <br><br> ERNEST CALVINO, JR, <br><br> Plaintiff, <br><br> -against- <br><br> JOSE D. BAEZ; JOSE D. BAEZ N., <br><br> Defendants. | 1:19-CV-11911 (CM) <br><br> 1:19-CV-11952 (CM) <br><br> 1:19-CV-11955 (CM) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued January 8, 2020, dismissing the complaints,

IT IS ORDERED, ADJUDGED AND DECREED that the complaints are dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 10, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge